**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7420**

DONELL J. BLOUNT, SR.,

                    Plaintiff - Appellant,

          v.

WILLIE NEECE, Correctional Officer; VITATOE, Correctional
Officer; SERGEANT J. LAMBERT,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:11-cv-00362-GEC-RSB)

Submitted:  December 26, 2012          Decided:  January 8, 2013

Before AGEE, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donell J. Blount, Sr., Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Christopher Davies Supino,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donell J. Blount, Sr., appeals the district court's order granting summary judgment to the defendants on his claim of violations of the Eighth Amendment, pursuant to 42 U.S.C. § 1983 (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Blount v. Neece, No. 7:11-cv-00362-GEC-RSB (W.D. Va. Aug. 17, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED